JEROME A. BALLAROTTO, ESQUIRE
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
Attorney for Joseph Giorgianni

**RECEIVED**

**JAN 2 4 2013**

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CRIMINAL NO. 12-795 (MAS)

UNITED STATES OF AMERICA,            )
                                     )
         Plaintiff,                  )
                                     )       **ORDER MODIFYING CONDITIONS**
         v.                          )          **OF PRETRIAL RELEASE**
                                     )
JOSEPH GIORGIANNI,                   )
                                     )
         Defendant                   )
_____)

THIS MATTER having been opened to the Court upon the application of counsel

for defendant Joseph Giorgianni, Jerome A. Ballarotto, Esq., and Eric W. Moran,

Assistant United States Attorney, and Matthew J. Skahill, Assistant United States

Attorney, appearing on behalf of the United States of America, and the Court having

considered the submissions of counsel, and the Court having heard oral argument of

the parties;

IT IS on this 24th day of January , 2013,

ORDERED that the conditions of pretrial release of defendant Joseph Giorgianni

are hereby modified to permit Mr. Giorgianni to leave the confines of his home for up to

three (3) hours a day between the hours of 2:00 p.m. and 5:00 p.m. He must return to

his home no later than 5:00 p.m. each day;

IT IS FURTHER ORDERED that upon defendant Joseph Giorgianni's return, he

shall provide documentation to Pretrial Services of his whereabouts during his absence;

IT IS FURTHER ORDERED that defendant Joseph Giorgianni must submit an itinerary of where he will be during that time period to Pretrial Services prior to departing his residence, either by telephone or facsimile as directed by Pretrial Services;

IT IS FURTHER ORDERED that defendant Joseph Giorgianni is permitted to leave his home for the purpose of caring for reasonable personal needs and not for unfettered social activities. He is under no circumstances to travel to the area of "JoJo's Steakhouse," located at 1256 Martin Luther King Jr. Boulevard, Trenton, NJ 08638, and he is under no circumstances to travel to "the clubhouse," located at 1254 Martin Luther King Jr. Boulevard, Trenton, NJ 08638;

IT IS FURTHER ORDERED that defendant Joseph Giorgianni is not to possess any firearms or engage in any criminal activity; and

IT IS FURTHER ORDERED that all other conditions of pretrial release shall remain in full force and effect.

_____
DOUGLAS E. ARPERT, U.S.M.J.